# Court of Appeals
# of the State of Georgia

ATLANTA,  May 12, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0050.  NORTH GEORGIA CONFERENCE, INC. et al. v. MANN-MIZE MEMORIAL UNITED METHODIST CHURCH, INC.**

The Appellants' emergency motion for supersedeas is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/12/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*